166 F.3d 1205
 Jerry Logan, Jonathan Brown
v.
Jasper Davis, Kevin Kane, Kevin Marsh, William Winder,
Robert Zahn, Donald Vaughn, Thomas Stahalek, David
Diguglielmo, robert Terra, Michael Barone, Judy Wadsworth,
Robert Blackwell, James Murray, Creighton Caison, Huey
Owens, Ishmeal Soler, Donald Thomas, Michael Witman, Cutts,
CO I, Thompson (or Thomas), CO I, Jame Doe, John Doe.
 NO. 98-1359
 United States Court of Appeals,
Third Circuit.
 September 22, 1998
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 Affirmed.